UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| BUILDERS MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 4:09-cv-73 |
| v. | ) | Judge Mattice |
| | ) | |
| PARKER BROTHERS, LLC, and MARVIN B. PARKER, | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER

On September 14, 2010, the Court was notified that this case had settled and the Court entered a Notice of Settlement. It is hereby **ORDERED** that the parties shall file a stipulation of dismissal or agreed final order no later than **30 Days** from the date of this Order. The parties are hereby put **ON NOTICE** that the Court will dismiss the action with prejudice if a stipulation of dismissal or agreed final order is not timely filed.

**SO ORDERED** this 15th day of September, 2010.


_____*/s/Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE