IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| BUILDERS MUTUAL INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | JURY DEMAND |
| v. | ) ) | Civil Action No. 4:09-cv-73 |
| | ) | Judge Mattice |
| PARKER BROTHERS, LLC, and MARVIN B. PARKER. | ) ) ) | Magistrate Judge Lee |
| Defendants. | ) | |

**FINAL AGREED ORDER OF COMPROMISE SETTLEMENT
AND DECLARATORY JUDGMENT**

It appearing to the Court, as evidenced by the signatures of counsel below, that the parties have reached a compromise to settle all claims which were raised or which could have been raised in this action, and that the parties have agreed to dismiss with prejudice their actions and claims against each other on a compromise basis in order to avoid the further hazards and costs of litigation;

It is therefore **ORDERED, ADJUDGED, and DECLARED** that based upon the grounds stated in the Complaint in this action for declaratory judgment, there is no coverage under the subject Builders Mutual commercial general liability policy, Policy No. CPP 0030890 00, for any claims raised against Parker Brothers, LLC, and/or Marvin B. Parker by the Plaintiffs in the lawsuit styled <u>Christopher Smotherman and James Smotherman, Sr., v. Marvin Parker and Parker Brothers, LLC, et al</u>, Bedford County Circuit Court, No. 11851;

1

It is further **ORDERED, ADJUDGED, and DECREED** that all claims which were brought or which could have been brought by the parties arising from and/or in connection with the subject racetrack incident which occurred on June 7, 2008, of Parker Brothers, LLC, and/or Marvin B. Parker, against the subject Builders Mutual commercial general liability policy, Policy No. CPP 0030890 00, be and hereby are released with prejudice;

It is further **ORDERED, ADJUDGED, and DECREED** that all claims which were raised or which could have been raised in this action by Parker Brothers, LLC, and/or Marvin B. Parker against Builders Mutual Insurance Company with regard to the subject racetrack incident which occurred on June 7, 2008, be, and hereby are, dismissed with prejudice;

It is further **ORDERED** that this action be and hereby is dismissed with prejudice, each party to bear the respective party's own costs.

ENTER this the _____ day of _____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

**LEITNER, WILLIAMS, DOOLEY,
 & NAPOLITAN, PLLC**

By: <u>/s/ Reid D. Leitner</u>
  **Reid D. Leitner, Esq.**
  BPRN: 16187
  414 Union Street, Suite 1900
  Nashville, Tennessee 37219-1782
  (615) 255-7722


**BUSSART LAW FIRM**

By: <u>/s/ Walter W. Bussart</u>
  **Walter W. Bussart, Esq.**
  BPRN: 2862
  520 North Ellington Parkway
  Lewisburg, Tennessee 37091
  (931) 359-6264

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been forwarded by electronic means via the Court's electronic filing system to all parties and counsel of record, including:

>Walter Bussart, Esq.
>BUSSART LAW FIRM
>520 North Ellington Parkway
>Lewisburg, Tennessee 37091
>
>John Murray Neal, Esq.
>P.O. Box 51930
>Knoxville, Tennessee 37950

This the 4th day of October, 2010.

>By: s/Reid D. Leitner
>**Reid D. Leitner**

E:\Rdl\Parker\Final.Parker Bros.ord.doc